Anthony S. Petru, Esq. (SBN 91399)
David B. Draheim, Esq. (SBN 36339)
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA  94612-2006
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
MICHAEL S. TUCKER

Thomas Cregger, Esq. (SBN 124402)
RANDOLPH, CREGGER & CHALFANT LLP
1030 G Street
Sacramento, CA  95814
TEL:   (916) 443-4443
FAX:   (916) 43-2124

Attorneys for Defendant
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MICHAEL S. TUCKER,          )<br>                                                   )<br>            Plaintiff,                   )<br>                                                   )<br>vs.                                             )<br>                                                   )<br>BNSF RAILWAY COMPANY, a )<br>corporation;  VERLEY FARMS, business )<br>entity, form unknown;  DAVID LYNN )<br>VERLEY, an individual,             )<br>                                                   )<br>            Defendants.               )<br>                                                   ) | CASE NO. 2:06-CV-00395-RRB-EFB<br><br>**STIPULATION AND ORDER TO DISMISS *ONLY PLAINTIFF'S SECOND CAUSE OF ACTION* AGAINST DEFENDANT BNSF RAILWAY COMPANY** |

. . .

. . .

. . .

. . .

. . .

1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties acting through their respective counsel, that plaintiff's second cause of action **only** (Plaintiff's Complaint, 4:3-21) against defendant BNSF RAILWAY COMPANY should be dismissed.

DATED: August _____ 2007

HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorney for Plaintiff
MICHAEL S. TUCKER

DATED: August _____ 2007

RANDOLPH, CREGGER & CHALFANT, LLP

By: _____
THOMAS C. CREGGER, ESQ.
Attorney for Defendant
BNSF RAILWAYCOMPANY

**O R D E R**

The Court having reviewed the Stipulation to Dismiss Plaintiff's Second Cause of Action against Defendant BNSF RAILWAY COMPANY, and having been fully advised of the premises, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that plaintiff's second cause of action alleged in his complaint against defendant BNSF RAILWAY COMPANY is hereby dismissed. All other plaintiff causes of actions against defendant BNSF RAILWAY COMPANY and defendants, DAVID LYNN VERLEY and VERLEY FARMS remain at issue.

DATED: September 18, 2007

/s/ Ralph R. Beistline
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com