Anthony S. Petru, Esq., State Bar No. 91399
David B. Draheim, Esq., State Bar No. 036339
Quynh L. Nguyen, Esq., State Bar No. 139628
HILDEBRAND, McLEOD & NELSON, INC.
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA  94612-2006
TEL:  (510) 451-6732
FAX:  (510) 465-7023
**Attorneys for Plaintiff**
*MICHAEL S. TUCKER*

Adrian L. Randolph, Esq., State Bar No. 133577
Thomas A. Cregger, Esq., State Bar No. 124402
Stephanie L. Quinn, Esq., State Bar No. 216655
RANDOLPH, CREGGER & CHALFANT, LLP
1030 G Street
Sacramento, CA  95814
TEL:  (916) 443-4443
FAX:  (916) 443-2124
**Attorneys for Defendant**
*BNSF RAILWAY COMPANY*

Mark S. Tratten, Esq., State Bar No. 119330
Vandana Kamboj, Esq., State Bar No. 239680
ERICKSEN, ARBUTHNOT, KILDUFF,
    DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
TEL:  (916) 483-5181
FAX:  (916) 483-7558
**Attorneys for Defendants**
*DAVID LYNN VERLEY and*
*VERLEY FARMS*

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MICHAEL S. TUCKER,<br><br>            Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a corporation;  VERLEY FARMS, business entity, form unknown;  DAVID LYNN VERLEY, an individual,<br><br>            Defendants. | CASE NO. 2:06-CV-00395 RRB-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR DEFENDANT'S SUMMARY ADJUDICATION MOTION**<br>**[Civ. L.R. 78-230(g)]** |

2:06-CV-00395-RRB-EFB
Stipulation and Order to Continue MSJ Hearing Date and Trial Date

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties that:

1. Defendant BNSF RAILWAY COMPANY ("BNSF") has filed a Motion for Summary Adjudication with a hearing date that was set on January 9, 2008, in Courtroom 6 of the above-identified Court, the Honorable Ralph R. Beistline, presiding. BNSF's motion was served to plaintiff on December 12, 2007.

2. The parties require additional time to complete discovery on matters raised in BNSF's motion. As such, the parties have stipulated to a continuance of the January 9th hearing date on the grounds that additional time is needed to complete the depositions of two railroad employees: to wit, 1) BNSF's Person Most Knowledgeable regarding its intra-company collection of statistical data of accidents involving its trains, *and* 2) BNSF's Person Most Knowledgeable regarding providing of specifications for locomotive cabs to locomotive manufacturers. Plaintiff anticipates that the testimonies of defendant BNSF's Persons Most Knowledgeable will be relevant to issues raised by BNSF in its motion, and essential to support plaintiff's opposition.

3. The depositions have been continued twice due to scheduling conflicts and/or the unavailability of the deponents. The parties have rescheduled the depositions to February 26 and/or 27, 2008—the earliest time that all counsel and deponents will be available. Counsel for defendant Verley Farms, et al., is not available in January of 2008 due to trials in other matters.

4. For the foregoing reasons, the parties hereby stipulate to continue the motion hearing date of January 9, 2008 to **Wednesday, May 21, 2008 at 10:00 a.m., in Courtroom 6**. The parties further stipulate that **opposition will be filed and faxed or e-mail served on or by Wednesday, May 7, 2008 (fourteenth day before May 21, 2008)**, **and the reply brief shall be filed and faxed or e-mail served on or by Friday, May 16, 2008 (fifth day before May 21, 2008).**

5. The parties further stipulate to new dates for the following matters:

   (a) The parties joint pretrial statement to be filed on or before **Friday, July 25, 2008**;

   (b) Final pretrial conference on **Friday, August 1, 2008, at 2:00 p.m.**; and,

   (c) Jury trial on **Monday, September 8, 2008, at 9:00 a.m.**

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

PDF created with pdfFactory trial version www.pdffactory.com

6. The proposed new hearing date and briefing schedule will not prejudice any party and will not affect their ability to prepare for trial.

7. There are no previous time modifications regarding this particular issue.

Dated: January_____, 2008

HILDEBRAND, McLEOD & NELSON, INC.

By:_____
QUYNH L. NGUYEN, ESQ.
Attorneys for Plaintiff
MICHAEL S. TUCKER

Dated: January_____, 2008

RANDOLPH, CREGGER & CHALFANT, LLP

By:_____
THOMAS A. CREGGER, ESQ.
Attorneys for Defendant
BNSF RAILWAY COMPANY

Dated: January_____, 2008

ERICKSON, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

By:_____
MARK S. TRATTEN, ESQ.
Attorneys for Defendants
DAVID LYNN VERLEY and VERLY FARMS

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

2:06-CV-00395-RRB-EFB
Stipulation and Order to Continue MSJ Hearing Date and Trial Date

3

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

**IT IS HEREBY ORDERED**:

(1)    The hearing date for defendant BNSF Railway Company's Motion for Summary Adjudication, currently set on January 9, 2008, is hereby vacated and continued to **Wednesday, May 21, 2008** at **10:00 a.m.**, **in Courtroom 6.**

(2)    The **opposition will be filed and faxed or e-mail served on or by Wednesday, May 7, 2008 (fourteenth day before May 21, 2008**), **and the reply brief shall be filed and faxed or e-mail served on or by Friday, May 16, 2008 (fifth day before May 21, 2008).**

(3)    The parties joint pretrial statement to be filed on or before **July 25, 2008**.

(4)    Final pretrial conference on **Friday, August 1, 2008, at 2:00 p.m.**

(5)    Jury trial on **Monday, September 8, 2008, at 9:00 a.m.**

ENTERED January 25, 2008

/s/ Ralph R. Beistline
THE HONORABLE RALPH R. BEISTLINE
Judge of the U.S. District Court, California Eastern District

4
2:06-CV-00395-RRB-EFB
Stipulation and Order to Continue MSJ Hearing Date and Trial Date

PDF created with pdfFactory trial version www.pdffactory.com