1  Anthony S. Petru, Esq., State Bar No. 91399
   David B. Draheim, Esq., State Bar No. 036339
2  Kristoffer S. Mayfield, Esq., State Bar No. 241093
   HILDEBRAND, McLEOD & NELSON, INC.
3  350 Frank H. Ogawa Plaza, Fourth Floor
   Oakland, CA  94612-2006
4  TEL:   (510) 451-6732
   FAX:   (510) 465-7023
5  **Attorneys for Plaintiff**
   *MICHAEL S. TUCKER*

6
   Adrian L. Randolph, Esq., State Bar No. 133577
7  Thomas A. Cregger, Esq., State Bar No. 124402
   Stephanie L. Quinn, Esq., State Bar No. 216655
8  RANDOLPH, CREGGER & CHALFANT, LLP
   1030 G Street
9  Sacramento, CA  95814
   TEL:   (916) 443-4443
10 FAX:  (916) 443-2124
   **Attorneys for Defendant**
11 *BNSF RAILWAY COMPANY*

12 Mark S. Tratten, Esq., State Bar No. 119330
   Vandana Kamboj, Esq., State Bar No. 239680
13 ERICKSEN, ARBUTHNOT, KILDUFF,
        DAY & LINDSTROM, INC.
14 100 Howe Avenue, Suite 110 South
   Sacramento, CA  95825
15 TEL:   (916) 483-5181
   FAX:   (916) 483-7558
16 **Attorneys for Defendants**
   *DAVID LYNN VERLEY and*
17 *VERLEY FARMS*

18                    UNITED STATES DISTRICT COURT

19              EASTERN  DISTRICT OF CALIFORNIA – SACRAMENTO

20

21 MICHAEL S. TUCKER,                    )    CASE NO. 2:06-CV-00395   RRB-EFB
22                                       )
            Plaintiff,                   )    **STIPULATION AND ORDER TO**
23                                       )    **CONTINUE HEARING DATE FOR**
   vs.                                   )    **DEFENDANT'S SUMMARY**
24                                       )    **ADJUDICATION MOTION FROM**
   BNSF RAILWAY COMPANY, a               )    **MAY 21 TO JUNE 18, 2008**
25 corporation;  VERLEY FARMS, business  )    **[Civ. L.R. 78-230(g)]**
   entity, form unknown;  DAVID LYNN     )
26 VERLEY, an individual,                )
                                         )    **Trial:  September 8, 2008**
27          Defendants.                  )
                                         )
28 _____      )

   2:06-CV-00395-RRB-EFB                      1
   Stipulation and Order to Continue MSJ Hearing Date From May 21 to June 18, 2008

PDF created with pdfFactory trial version www.pdffactory.com

HILDEBRAND, McLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

**IT IS HEREBY STIPULATED** by and between the parties that:

1. The current hearing date of May 21, 2008, for Defendant BNSF RAILWAY COMPANY's ("BNSF") Motion for Summary Adjudication, be continued to **June 18, 2008**.

2. On March 20, 2008, at the depositions of two BNSF most knowledgeable employees, plaintiff's counsel Kristoffer S. Mayfield learned that he would need to depose additional BNSF employees: namely, 1) Lawrence Fleischer, Ph. D., Ergonomist, Member of Cab Safety Committee, 2) William Barrington, Manager of Operating Practices, Chairman of Cab Safety Committee, 3) Robert Repola, Director of Operating Practices, Member of Cab Safety Committee, 4) Tom Lambrick, General Director of Locomotives, and 5) Rupert Tobosa, Crossing Accident Assessment. Plaintiff anticipates that the testimonies of these BNSF employees will be relevant to issues raised by BNSF in its motion, and will be essential to support plaintiff's opposition. On March 26, 2008, plaintiff served the deposition notices for said employees; said depositions are currently set for April 29th and 30th. (FRCP §30 and §34) The depositions may be rescheduled a few days later if the deponents and the parties' counsel are unavailable for those dates. Plaintiff's opposition to BNSF's summary adjudication motion is current due on May 7, 2008.

3. As such, the parties require additional time before the summary adjudication motion hearing to complete the above-stated depositions, and plaintiff's counsel will need time to review the deposition transcripts.

4. The proposed new date for BNSF's summary adjudication motion hearing should not conflict with the trial date, and other pretrial dates or deadlines: namely, the Joint Pretrial Statement, July 25, 2008; and the Final Pretrial Conference, August 1, 2008. Trial is set for September 8, 2008.

5. For the foregoing reasons, the parties hereby stipulate to continue the motion hearing date of May 21, 2008 to **Wednesday, June 18, 2008 at 10:00 a.m., in Courtroom 6**. Pursuant to Civil Local Rule 78-230, the parties further stipulate that the opposition brief(s) will be filed and personally served not less than fourteen (14) days preceding the continued hearing date (**Wednesday June 4, 2008**), or mailed, faxed or electronically served not less than seventeen (17) days preceding the hearing (**Monday, June 2, 2008**). The reply brief shall be filed and faxed or e-

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND, CALIFORNIA 94612-2006
(510) 451-6732

PDF created with pdfFactory trial version www.pdffactory.com

1   mail served no less than five (5) court days preceding the date of hearing (**Wednesday, June 11,**

2   **2008**).

3         6.     The proposed new hearing date and briefing schedule will not prejudice any

4   party and will not affect their ability to prepare for trial.

5   Dated:   April_____4_____, 2008

HILDEBRAND, McLEOD & NELSON, INC.

6

7

8   By:_____/s/ Quynh L. Nguyen_____
        QUYNH L. NGUYEN, ESQ.

9           Attorneys for Plaintiff
        MICHAEL S. TUCKER

10

11  Dated:   April_____1_____, 2008

RANDOLPH, CREGGER & CHALFANT, LLP

12

13  By:_____/s/ Thomas A. Cregger_____
        THOMAS A. CREGGER, ESQ.

14          Attorneys for Defendant
        BNSF RAILWAY COMPANY

15

16  Dated:   April_____3_____, 2008

ERICKSON, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

17

18

19  By:_____/s/ Mark S. Tratten_____
        MARK S. TRATTEN, ESQ.

20          Attorneys for Defendants
        DAVID LYNN VERLEY and VERLEY
        FARMS

21

22

23

24

25

26

27  [ORDER ON NEXT PAGE]

28

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

**IT IS HEREBY ORDERED**:

(1)    The hearing date for defendant BNSF Railway Company's Motion for Summary Adjudication, currently set on May 21, 2008, is hereby vacated and continued to **Wednesday, June 18, 2008** at **10:00 a.m.**, **in Courtroom 6.**

(2)    The opposition brief(s) will be filed and personally served not less than fourteen (14) days preceding the continued hearing date (**Wednesday June 4, 2008**), or mailed, faxed or electronically served not less than seventeen (17) days preceding the hearing (**Monday, June 2, 2008**).    The reply brief shall be filed and faxed or e-mail served no less than five (5) court days preceding the date of hearing (**Wednesday, June 11, 2008**).  (Civ. L.R. 78-230)

ENTERED this 4th day of April, 2008.


/s/ Ralph R. Beistline
THE HONORABLE RALPH R. BEISTLINE
Judge of the U.S. District Court, California Eastern District

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND, CALIFORNIA 94612-2006
(510) 451-6732

PDF created with pdfFactory trial version www.pdffactory.com