Anthony S. Petru, Esq., State Bar No. 91399
David B. Draheim, Esq., State Bar No. 036339
Kristoffer S. Mayfield, Esq., State Bar No. 241093
HILDEBRAND, McLEOD & NELSON, INC.
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA  94612-2006
TEL:   (510) 451-6732
FAX:   (510) 465-7023
**Attorneys for Plaintiff**
*MICHAEL S. TUCKER*

Thomas A. Cregger, Esq., State Bar No. 124402
Stephanie L. Quinn, Esq., State Bar No. 216655
RANDOLPH, CREGGER & CHALFANT, LLP
1030 G Street
Sacramento, CA  95814
TEL:   (916) 443-4443
FAX:   (916) 443-2124
**Attorneys for Defendant**
*BNSF RAILWAY COMPANY*

Mark S. Tratten, Esq., State Bar No. 119330
Vandana Kamboj, Esq., State Bar No. 239680
ERICKSEN, ARBUTHNOT, KILDUFF,
    DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
TEL:   (916) 483-5181
FAX:   (916) 483-7558
**Attorneys for Defendants**
*DAVID LYNN VERLEY and*
*VERLEY FARMS*

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MICHAEL S. TUCKER, ) | CASE NO. 2:06-CV-00395-JAM-EFB |
| ) | |
| Plaintiff, ) | ***SECOND*** **STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR DEFENDANT BNSF RAILROAD COMPANY's SUMMARY ADJUDICATION MOTION FROM MAY 21 TO JUNE 18, 2008** |
| ) | |
| vs. ) | |
| ) | |
| BNSF RAILWAY COMPANY, a ) | |
| corporation;  VERLEY FARMS, business ) | |
| entity, form unknown;  DAVID LYNN ) | |
| VERLEY, an individual, ) | **[Civ. L.R. 78-230(g)]** |
| ) | |
| Defendants. ) | **Date:**     June 18, 2008 |
| ) | **Time:**     10:00 a.m. |
| | **Crtrm.:**  6 |
| | **Trial:**      September 8, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties that:

1.     The current hearing date of June 18, 2008 for Defendant BNSF RAILWAY COMPANY's ("BNSF") Motion for Summary Adjudication be continued to **July 9, 2008**.

2.     On April 30, 2008, Rupert Tobosa, BNSF's employee regarding Crossing Accident Assessment, was unavailable for his noticed deposition.  Since that time, the parties have rescheduled his deposition for May 30, 2008.  Plaintiff anticipates that Tobosa's testimony will be relevant to issues raised by BNSF in its motion, and will be essential to support plaintiff's opposition.

3.     Plaintiff's opposition to BNSF's summary adjudication motion is currently due on June 2, 2008.  Plaintiff will need time to review Tobosa's deposition transcript in preparation for his opposition.

4.     The proposed new date for BNSF's summary adjudication motion hearing should not conflict with the trial date, and other pretrial dates or deadlines:  namely, the Joint Pretrial Statement, July 25, 2008; and the Final Pretrial Conference, August 1, 2008.  Trial is set for September 8, 2008.

5.     For the foregoing reasons, the parties hereby stipulate to continue the motion hearing date of June 18, 2008 to **Wednesday, July 9, 2008 at 10:00 a.m., in Courtroom 6**.  Pursuant to Civil Local Rule 78-230, the parties further stipulate that the opposition brief(s) will be filed and personally served not less than fourteen (14) days preceding the continued hearing date (**June 25, 2008**), or mailed, faxed or electronically served not less than seventeen (17) days preceding the hearing (**June 23, 2008**).   The reply brief shall be filed and faxed or e-mail served no less than five (5) court days preceding the date of hearing (**July 1, 2008**).

. . .
. . .
. . .
. . .
. . .
. . .
. . .

2:06-CV-00395-RRB-EFB
*Second* Stipulation and Order to Continue MSJ Hearing Date

2

PDF created with pdfFactory trial version www.pdffactory.com

6. The proposed new hearing date and briefing schedule will not prejudice any party and will not affect their ability to prepare for trial.

Dated: May  28 , 2008

HILDEBRAND, McLEOD & NELSON, INC.

By:  /s/ Quynh L. Nguyen
QUYNH L. NGUYEN, ESQ.
Attorneys for Plaintiff
MICHAEL S. TUCKER

Dated: May  27 , 2008

RANDOLPH, CREGGER & CHALFANT, LLP

By:  /s/ Thomas A. Cregger
THOMAS A. CREGGER, ESQ.
Attorneys for Defendant
BNSF RAILWAY COMPANY

Dated: May  28 , 2008

ERICKSON, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

By:  /s/ Mark S. Tratten
MARK S. TRATTEN, ESQ.
Attorneys for Defendants
DAVID LYNN VERLEY and VERLEY FARMS

. . .
. . .
. . .
. . .
. . .
. . .

PDF created with pdfFactory trial version www.pdffactory.com

1  [Order on next page]

2  **O R D E R**

3  **IT IS HEREBY ORDERED**:

4  (1)  The hearing date for defendant BNSF Railway Company's Motion for Summary Adjudication, currently set on June 18, 2008, is hereby vacated and continued to **Wednesday, July 9, 2008** at **10:00 a.m.**, **in Courtroom 6.**

7  (2)  The opposition brief(s) will be filed and personally served not less than fourteen (14) days preceding the continued hearing date (**Wednesday, June 25, 2008**), or mailed, faxed or electronically served not less than seventeen (17) days preceding the hearing (**Monday, June 23, 2008**).  The reply brief shall be filed and faxed or e-mail served no less than five (5) court days preceding the date of hearing (**Tuesday, July 1, 2008**).  (Civ. L.R. 78-230)

12  ENTERED this 29th, day of May, 2008.

 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
Judge of the U.S. District Court, California Eastern District

PDF created with pdfFactory trial version www.pdffactory.com