1  Anthony S. Petru, Esq., State Bar No. 91399
   David B. Draheim, Esq., State Bar No. 036339
2  Quynh L. Nguyen, Esq., State Bar No. 139628
   HILDEBRAND, McLEOD & NELSON, INC.
3  350 Frank H. Ogawa Plaza, Fourth Floor
   Oakland, CA  94612-2006
4  TEL:   (510) 451-6732
   FAX:   (510) 465-7023
5  **Attorneys for Plaintiff**
   *MICHAEL S. TUCKER*
6
7  Adrian L. Randolph, Esq., State Bar No. 133577
   Thomas A. Cregger, Esq., State Bar No. 124402
   Stephanie L. Quinn, Esq., State Bar No. 216655
8  RANDOLPH, CREGGER & CHALFANT, LLP
   1030 G Street
9  Sacramento, CA  95814
   TEL:   (916) 443-4443
10 FAX:   (916) 443-2124
   **Attorneys for Defendant**
11 *BNSF RAILWAY COMPANY*

12 Mark S. Tratten, Esq., State Bar No. 119330
   Vandana Kamboj, Esq., State Bar No. 239680
13 ERICKSEN, ARBUTHNOT, KILDUFF,
      DAY & LINDSTROM, INC.
14 100 Howe Avenue, Suite 110 South
   Sacramento, CA  95825
15 TEL:   (916) 483-5181
   FAX:   (916) 483-7558
16 **Attorneys for Defendants**
   *DAVID LYNN VERLEY and*
17 *VERLEY FARMS*

18

19                          UNITED STATES DISTRICT COURT

20                    EASTERN  DISTRICT OF CALIFORNIA – SACRAMENTO

21

| 22 | MICHAEL S. TUCKER, | ) | CASE NO. 2:06-CV-00395 JAM-EFB |
|---|---|---|---|
| 23 |                Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| 24 | vs. | ) | |
| 25 | BNSF RAILWAY COMPANY, a corporation;  VERLEY FARMS, business | ) | |
| 26 | entity, form unknown;  DAVID LYNN VERLEY, an individual, | ) | |
| 27 |                Defendants. | ) | |
| 28 | | ) | |

1

2:06-CV-00395-RRB-EFB
Stipulation and Order to Continue Trial Date

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties that:

1. Defendants DAVID LYNN VERLEY and VERLEY FARMS VERLEY FARMS ("Verley") have filed a Motion to Continue Trial to be heard on July 23, 2008 at 9:00 a.m., in Courtroom 6 of the above-identified Court, the Honorable John A. Mendez, presiding. Verley's motion was served to plaintiff on June 20, 2008. The basis for defendants' motion is that, because plaintiff had a fourth surgery on February 20, 2008 which defendants learned about in April, defendants seek additional time to conduct discovery on plaintiff's post-surgery status, diagnosis and prognosis. As such, the parties have agreed to a modest continuance.

2. For the foregoing reasons, the parties stipulate to new dates for the following matters:

   (a) The parties joint pretrial statement to be filed on or before **Wednesday, November 26, 2008**;

   (b) Final pretrial conference on **Friday, December 5, 2008, at 2:00 p.m.**; and,

   (c) Jury trial on **Monday, January 26, 2009, at 9:00 a.m.**

3. The proposed new trial date will not prejudice any party.

4. There are no previous time modifications regarding this particular issue.

Dated:  July 2, 2008

HILDEBRAND, McLEOD & NELSON, INC.


By: ___/s/   Quynh L. Nguyen___
    QUYNH L. NGUYEN, ESQ.
    Attorneys for Plaintiff
    MICHAEL S. TUCKER

Dated:  July 2, 2008

RANDOLPH, CREGGER & CHALFANT, LLP


By: ___/s/   Thomas A. Cregger___
    THOMAS A. CREGGER, ESQ.
    Attorneys for Defendant
    BNSF RAILWAY COMPANY

[SIGNATURE PAGE CONTINUES]

HILDEBRAND, McLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

PDF created with pdfFactory trial version www.pdffactory.com

Dated:   July 2, 2008

ERICKSON, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.


By:   /s/   Mark S. Tratten
    MARK S. TRATTEN, ESQ.
    Attorneys for Defendants
    DAVID LYNN VERLEY and VERLY FARMS


# **O R D E R**

**IT IS HEREBY ORDERED**:

(1)   Defendants VERLEY's motion to continue trial set on July 23, 2008 is hereby **withdrawn.**

(2)   The parties joint pretrial statement to be filed on or before **November 26, 2008**.

(3)   Final pretrial conference on **Friday, December 5, 2008, at 2:00 p.m.**

(4)   Jury trial on **Monday, January 26, 2009, at 8:30 a.m.**

ENTERED this 3rd, day of July, 2008.


    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    Judge of the U.S. District Court, California Eastern District

2:06-CV-00395-RRB-EFB
Stipulation and Order to Continue Trial Date
3
PDF created with pdfFactory trial version www.pdffactory.com