IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. TUCKER,

    Plaintiff,

  v.

BNSF RAILWAY COMPANY, a corporation; VERLEY FARMS, business entity, form unknown; DAVID LYNN VERLEY, an individual,

    Defendants.
_____/

No. 2:06-CV-00395-JAM-EFB

<u>ORDER DISMISSING CROSS-CLAIM</u>

    On November 19, 2008, Verley Farms and David Lynn Verley ("Verley") brought a Cross-Claim for Indemnity, Contribution, and Declaratory Relief against Fred Fahner ("Fahner").  Although styled as a cross-claim, Verley in fact sought to join a third party to the action.

    Rule 14(a)(1) states that a "third-party plaintiff must, by motion, obtain the court's leave if it files the third-party complaint more than 10 days after serving its original answer."  Verley filed its claim against Fahner over 7 months after it

1

filed its Answer to the First Amended Complaint and over two and a half years since this action was filed.  Futhermore, Verley did not obtain the Court's leave before seeking to implead Fahner.

Rule 21 states that "On motion or on its own, the court may at any time, on just terms, add or drop a party."  Because Verley did not obtain the Court's leave to join Fahner, its cross-claim must be dismissed.

ORDER

For the reasons stated above, Verley's Cross-Claim for Indemnity, Contribution, and Declaratory Relief is DISMISSED.

IT IS SO ORDERED.

Dated: November 24, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE