1  Anthony S. Petru, Esq., State Bar No. 91399
   David B. Draheim, Esq., State Bar No. 036339
2  Quynh L. Nguyen, Esq., State Bar No. 139628
   HILDEBRAND, McLEOD & NELSON, LLP
3  350 Frank H. Ogawa Plaza, Fourth Floor
   Oakland, CA  94612-2006
4  TEL:  (510) 451-6732
   FAX:  (510) 465-7023
5  **Attorneys for Plaintiff**
   *MICHAEL S. TUCKER*
6
7  Adrian L. Randolph, Esq., State Bar No. 133577
   Thomas A. Cregger, Esq., State Bar No. 124402
8  Stephanie L. Quinn, Esq., State Bar No. 216655
   RANDOLPH, CREGGER & CHALFANT, LLP
   1030 G Street
9  Sacramento, CA  95814
   TEL:  (916) 443-4443
10 FAX:  (916) 443-2124
   **Attorneys for Defendant**
11 *BNSF RAILWAY COMPANY*

12 Mark S. Tratten, Esq., State Bar No. 119330
   Vandana Kamboj, Esq., State Bar No. 239680
13 ERICKSEN, ARBUTHNOT, KILDUFF,
       DAY & LINDSTROM, INC.
14 100 Howe Avenue, Suite 110 South
   Sacramento, CA  95825
15 TEL:  (916) 483-5181
   FAX:  (916) 483-7558
16 **Attorneys for Defendants**
   *DAVID LYNN VERLEY and*
17 *VERLEY FARMS*

18                 UNITED STATES DISTRICT COURT

19            EASTERN  DISTRICT OF CALIFORNIA – SACRAMENTO

20

21 MICHAEL S. TUCKER,              )   CASE NO. 2:06-CV-00395 JAM EFB
                                   )
22         Plaintiff,              )   **STIPULATION AND ORDER FOR**
                                   )   **DISMISSAL OF PLAINTIFF'S**
23 vs.                             )   **ACTION AGAINST DEFENDANTS,**
                                   )   **BNSF RAILWAY COMPANY,**
24 BNSF RAILWAY COMPANY, a         )   **VERLEY FARMS AND DAVID LYNN**
   corporation; VERLEY FARMS, business )   **VERLEY**
25 entity, form unknown; DAVID LYNN )
   VERLEY, an individual,          )
26                                 )
           Defendants.             )
27 _____ )

28         **IT IS HEREBY STIPULATED** by the parties and through their respective counsel

                                      1
Stipulation and Order of Dismissal
2:06-cv-395

PDF created with pdfFactory trial version www.pdffactory.com

1  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that plaintiff MICHAEL S. TUCKER's
2  action be and is hereby DISMISSED against defendant BNSF RAILROAD COMPANY, and
3  defendants VERLEY FARMS and DAVID LYNN VERLEY.  Each party agrees to bear their own
4  costs.

Dated:  February _____, 2009          HILDEBRAND, McLEOD & NELSON, LLP


                                      By:  /s/ Anthony S. Petru
                                          ANTHONY S. PETRU, ESQ.
                                          Attorneys for Plaintiff
                                          MICHAEL S. TUCKER

Dated:  February _____, 2009          RANDOLPH, CREGGER & CHALFANT, LLP


                                      By:  /s/ Thomas A. Cregger
                                          THOMAS A. CREGGER, ESQ.
                                          Attorneys for Defendant
                                          BNSF RAILWAY COMPANY

Dated:  February _____, 2009          ERICKSON-ARBUTHNOT


                                      By:  /s/ Mark S. Tratten
                                          MARK S. TRATTEN, ESQ.
                                          Attorneys for Defendants
                                          DAVID LYNN VERLEY and VERLY
                                          FARMS

**O R D E R**

**IT IS SO ORDERED:**

DATED:  February 11, 2009.


                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       JUDGE OF THE U.S. DISTRICT COURT

2

Stipulation and Order of Dismissal
2:06-cv-395

PDF created with pdfFactory trial version www.pdffactory.com