MARK S. TRATTEN (SBN 119330)
PORIYA ROHANI (SBN 240892)
ERICKSEN ARBUTHNOT
Attorneys at Law
100 Howe Avenue, Suite 110 South
Sacramento, CA (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendants/Cross-Claimants
DAVID VERLEY, VERLEY FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

MICHAEL S. TUCKER,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a corporation; VERLEY FARMS, business entity, form unknown; DAVID LYNN VERLEY, an individual,

    Defendants.

BNSF RAILWAY COMPANY,

    Cross-Claimant,

v.

VERLEY FARMS, business entity, form unknown; DAVID LYNN VERLEY, an individual,

    Cross-Defendants.

VERLEY FARMS and DAVID LYNN VERLEY,
    Cross-Claimants,
v.

BNSF RAILWAY COMPANY,

    Cross-Defendant.

CASE NO. 2:06-CV-00395-JAM-EFB

**STIPULATION AND ORDER FOR DISMISSAL OF VERLEY FARMS AND DAVID LYNN VERLEY'S CROSS-COMPLAINT AGAINST BNSF RAILWAY COMPANY AND BNSF RAILWAY COMPANY'S CROSS-COMPLAINT AGAINST VERLEY FARMS AND DAVID LYNN VERLEY**

Stipulation and Order for Dismissal of Verley Cross-Complaint and BNSF Cross-Complaint
06-078\tucker\mstpld..005   MST:mdg

1     **IT IS HEREBY STIPULATED** by the parties and through their respective counsel,
2 pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the Cross-Complaint of VERLEY
3 FARMS and DAVID LYNN VERLEY and the Cross-Complaint of BNSF RAILWAY COMPANY
4 be and are hereby DISMISSED. Each party agrees to bear their own costs.

DATED: February 6, 2009

ERICKSEN ARBUTHNOT

By: _____
MARK S. TRATTEN
Attorneys for Cross-Complainants/Cross-Defendants
DAVID VEREY, VEREY FARMS

DATED: February 10, 2009

RANDOLPH, CREGGER & CHALFANT, LLP

By: _____
THOMAS A. CREGGER
Attorneys for Cross-Complainant/Cross-Defendant
BASF RAILWAY COMPANY

DATED: February ___, 2009

HILDEBRAND, McLEOD & NELSON, LLP

By: _____
ANTHONY S. PETRU
Attorneys for Plaintiff
MICHAEL TUCKER

## ORDER

**IT IS SO ORDERED:**
Entered this 9th day of ~~February~~ March, 2009.

_____
THE HONORABLE JOHN A. MENDEZ
JUDGE OF THE U.S. DISTRICT COURT

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by the parties and through their respective counsel, |
| 2 | pursuant to Federal Rule of Civil Procedure 41(a)(l)(ii), that the Cross-Complaint of VERLEY |
| 3 | FARMS and DAVID LYNN VERLEY and the Cross-Complaint of BNSF RAILWAY COMPANY |
| 4 | be and are hereby DISMISSED. Each party agrees to bear their own costs. |

DATED: February 6, 2009

ERICKSEN ARBUTHNOT

By: _____
MARK S. TRATTEN
Attorneys for Cross-Complainants/Cross-Defendants
DAVID VEREY, VEREY FARMS

DATED: February ___, 2009

RANDOLPH, CREGGER & CHALFANT, LLP

By: _____
THOMAS A. CREGGER
Attorneys for Cross-Complainant/Cross-Defendant
BASF RAILWAY COMPANY

DATED: February 13, 2009

HILDEBRAND, McLEOD & NELSON, LLP

By: _____
ANTHONY S. PETRU
Attorneys for Plaintiff
MICHAEL TUCKER

## ORDER

**IT IS SO ORDERED:**

Entered this 9th day of March, 2009.

_____
THE HONORABLE JOHN A. MENDEZ
JUDGE OF THE U.S. DISTRICT COURT

Stipulation and Order for Dismissal of Verley Cross-Complaint and BNSF Cross-Complaint
06-078\tucker\mstpld..005    MST:mdg